UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4 25 MJ 9187 RHH |
| | ) |
| DAMEON G. CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Geoffrey S. Ogden, Assistant United States Attorney for said District, and moves this Court for an order directing that the complaint and arrest warrant entered by this Court be sealed until said defendant is in custody or has given bail for the defendant's first appearance.

SAYLER A. FLEMING
United States Attorney

 /s/Geoffrey S. Ogden
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200

Dated:  May 16, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25 MJ 9187 RHH ) |
| DAMEON G. CHRISTIAN, | ) ) |
| Defendant. | ) |

## **O R D E R**

On motion of the United States of America, it is hereby ordered that the complaint and arrest warrant and this Order issued thereto be sealed until said defendant(s) are in custody or have given bail for their final appearance.

_____
HONORABLE RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

Dated: This __16th__ day of May 2025.

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| DAMEON G. CHRISTIAN, | ) Case No.  4:25 MJ 9187 RHH |
| | ) |
| | ) SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 12, 2025  in the county of  St. Louis County  in the
Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:875(c) | Transmit in interstate commerce communications containing threats to injure a person |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Special Agent Jacob Frechette, FBI

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 05/16/2025

*Judge's signature*

City and state:   St. Louis, Missouri    Honorable Rodney H. Holmes, U.S. Magistrate Judge

*Printed name and title*

## CRIMINAL COMPLAINT

I, Jacob Frechette, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2019. During my tenure as a Special Agent, I have executed numerous search and arrest warrants, and I have written and submitted to the Court affidavits in support of physical and electronic search warrants, pen register orders, and other legal process. I have reviewed numerous search warrant returns for electronic devices and have extensive experience reviewing search warrant returns from telecommunication providers, to include social media companies. I have been assigned to the FBI Springfield Violent Crimes Squad since 2025 and prior to that, I was assigned to the FBI Springfield Crimes Against Children and Human Trafficking Squad and the FBI Springfield Civil Rights Squad. I have investigated a variety of criminal matters relating to threats, civil rights violations, narcotics, corruption, and the online exploitation of children. As a result of my training and experience, to include consultation with and information provided by other federal agents with applicable knowledge and experience, I am familiar with the tactics, methods, and techniques used by individuals to make interstate threats. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2.  I have investigated and assisted in the investigation of criminal matters involving the violations of Title 18, United States Code, Section 875. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and I have conducted

interviews of subjects, victims, and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Dameon G. Christian (hereinafter "**CHRISTIAN**") committed violations of Title 18, United States Code, Sections 875(c) (knowingly transmit in interstate commerce communications containing threats to injure a person).

## STATUTORY AND LEGAL AUTHORITY

4. This investigation concerns violations of Title 18, United States Code, Section 875(c), relating to the interstate transmission of threats, committed in both the Eastern District of Missouri and the Southern District of Illinois. Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

   a. 18 U.S.C. 875(c) states whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

   b. The internet is a facility of interstate commerce.

## INVESTIGATION

5. On May 13, 2025, Meta Platforms, Inc. provided business records relating to account identifier 100000183245736 which allegedly made a threat to commit violence against another person. The records revealed **CHRISTIAN** to be the subscriber for that account. Additionally, the records showed that on May 12, 2025, at approximately 3:00 PM, **CHRISTIAN** posted a status update which stated the following:

> "Deandre Cortez PORKCHOP KOWLES IM LOOKING 4 U ACTIVELY IM KILLING U TODAY THANKS TO THE ILLINOIS-STATE POLICE DEPARTMENT I HAVE FOUGHT MY WHOLE LIFE MY MYSELF ITS FINISHED FOR U NIGGA @highlight"

6. Those records also listed the last location of the mobile phone associated with the account at 38.593864486696, -90.230021776271 at approximately 6:50 PM CST on May 12, 2025. This location corresponded to approximately 2801 Cherokee St, St. Louis, MO 63118, within the Eastern District of Missouri.

7. Further investigation revealed that **CHRISTIAN** made additional status updates and live videos throughout May 12, 2025, and May 13, 2025, until **CHRISTIAN's** Facebook account was taken down. Examples of those texts are listed below:

   a. At approximately 5:36 PM on May 12, 2025 – "IM NOT AFRIAD OF DEATH NOR JAIL"

   b. At approximately 5:59 PM on May 12, 2025, **CHRISTIAN** posted an image what appears to be a black Smith & Wesson pistol in the waist band of **CHRISTIAN's** pants with the caption "THING I CARE!!! Babe I'm FEELING SO GOOD TODAY!!! Lol How U Doing? IM AMAZING!!! IN OTHER NEWS IT'S A MAN HUNT!!!"

3



c.      At approximately 6:36 PM on May 12, 2025 – "WHEN IM DONE A MAXI PAD AINT GONE BE ABLE TO SATURATE THE BLOOD THAT IM ABOUT TO BLEED"

d.      At approximately 9:36 AM on May 13, 2025 – "I'M NOT OK & ITS OK BUT IM STILL ON A MISSION!!!! Thanks for Loving Me and 4 The Many Memories!!! I SAID WHAT I SAID THE POLICE DIDNT GIVE A DAMN SO WHY SHOULD I…. DEANDRE CORTEZ PORKCHOP KNOWLES IM ON YOUR ASS BOI!!! IM GETTING MY PAYBACK SINCE NOONE SEEMS TO UNDERSTAND HOW U FUCKED MY ENTIRE LIFE UP!!! IM A SHOW U!!! @highlight THIS NOT A THREAT IT'S A PROMISE!!! I GOT TWELVE INTENTIONAL ROUNDS IM A LOAD OFF IN YOUR ASS LITERALLY LET U REALLY SEE WHAT IT FEELS LIKE!!! I HATE U I HATE U I HATE U"

4

  e. At approximately 9:36 AM on May 13, 2025 – "IM NOT SEEKING ATTENTION!!! THIS SHIT HAPPENED AND IM TIRED OF FIGHTING… YES IT HURTS BUT IM TIRED OF NIGHTMARES AND DRS APPTS AND PSYCH VISITS ONLY TO HAVE MEDICINE INCREASED!!!"

  f. At approximately 10:35 AM on May 13, 2025 – "Big John I'm Foming to Shoot Ur Shit Up Too On Missorui Avenue U Exposed Me To Crack In My Ass Known Ass A Butt Bump!!! You was a Killer and I was Scared of U but I'm Not No More and Lil Mike Cripple Ass Bet Not Be There Too!!!"

  g. At approximately 10:35 AM on May 13, 2025 – "Ralph Pettyl Just Shot a Window Out IN your Church It Felt Fucking Gud."

  8. At approximately 5:59 PM on May 12, 2025, **CHRISTIAN** posted a status update which included a screenshot of what appeared to be **CHRISTIAN's** phone call history which included two missed phone calls from the Illinois State Police. It included the caption "NOW THE DETECTIVE WANT TO CALL ME…ITS TOO LATE NOW…REMEMBER YALL TOO BUSY FIGHT REAL CRIME AINT THAT WHAT YOUR BOSS LOOKED ME IN ME EYE AND SAID TO ME

5



9. Multiple attempts to contact **CHRISTIAN** were made by investigators for the Illinois State Police and the Federal Bureau of Investigation. On several occasions, law enforcement officers were able to reach **CHRISTIAN**, but he refused to cooperate with or meet with law enforcement.

10. On May 14, 2025, an interview was conducted by phone with the victim, **D.K.** **D.K.** was aware of the threats made by **CHRISTIAN**. At the time the threats were made on May 12, 2025, **D.K.** was located at his place of employment in Creve Coeur, Missouri. **D.K.** reported that one of **CHRISTIAN's** posts had been a selfie of **CHRISTIAN** outside of **KNOWLES's** previous place of employment at a Saint Louis Hotel in which **CHRISTIAN** had said he was going to kill **D.K.** **D.K.** said that he would be seeking an order of protection against **CHRISTIAN.**

6

## **CONCLUSION**

11. Based on the foregoing, I submit that there is probable cause to believe that on May 12, 2025, **DAMEON G. CHRISTIAN** committed violations of Title 18, United States Code, Sections 875(c) (knowingly transmit in interstate commerce communications containing threats to injure a person).

I state under penalty of perjury the forgoing is true and correct.

_____
Jacob Frechette
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to via reliable electronic means under Federal Rules of Criminal Procedure 4.1 and 41, this __16th__ day of May, 2025.

_____
HONORABLE RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE
Eastern District of Missouri

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25 MJ 9187 RHH |
| | ) |
| DAMEON G. CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Geoffrey S. Ogden, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Geoffrey S. Ogden*
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25 MJ 9187 RHH |
| DAMEON G. CHRISTIAN, | ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, Geoffrey S. Ogden, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. There is a serious risk that the defendant will flee.

2. The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney


        */s/ Geoffrey S. Ogden*
        GEOFFREY S. OGDEN, #66930MO
        Assistant U.S. Attorney
        111 South 10th Street, 20th Floor
        St. Louis, MO 63102
        (314) 539-2200

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:25 MJ 9187 RHH |
| DAMEON G. CHRISTIAN, | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __DAMEON G. CHRISTIAN__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transmit in interstate commerce communications containing threats to injure a person, in violation of Title 18, United States Code, Section 875(c)

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 05/16/2025

*Issuing officer's signature*

City and state: St. Louis, MO    Honorable Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**AUSA: OGDEN**